1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102-3495
   Telephone: (415) 436-7264
6  Facsimile: (415) 436-6748
   Email: asimmons@usdoj.gov
7
   Attorneys for Federal Defendants
8  United States Army National Guard (California);
   Battery S, 143rd Field Artillery
9



10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13 | SHANNON O. MURPHY,              )
                                     )  Case No. CV 08-0763 EMC
14 |            Plaintiffs,          )
                                     )
15 |       v.                        )  **PROOF OF SERVICE**
                                     )
16 | UNITED STATES ARMY NATIONAL GUARD, )
     (CALIFORNIA); BATTERY S, 143RD FIELD )
17 | ARTILLERY,                      )
                                     )
18 |            Defendants.          )
                                     )
19

20     The undersigned hereby certifies that she is an employee of the Office of the United States
21 Attorney for the Northern District of California and is a person of such age and discretion to be
22 competent to serve papers. The undersigned further certifies that on February 1, 2008 she caused a
23 copy of:
24     1)   Notice of Removal filed February 1, 2008;
25     2)   Order Setting Initial Case Management Conference and ADR Deadlines filed
26          February 1, 2008; Standing Order for Civil Practice in Cases Assigned for all Purposes
27          to Magistrate Judge Edward M. Chen; Standing Order for All Judges of the Northern
28          District of California;

PROOF OF SERVICE
Murphy v. U.S. Army, et al.            -1-

1  3)  Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

4)  ECF Registration Information Handout;

5)  Welcome To The U.S. District Court, San Francisco; Drop Box Filing Procedures; and

6)  Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Mr. Shannon O. Murphy
General Delivery
El Cerrito, California 94530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of February 2008 at San Francisco, California.

_____
Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
Murphy v. U.S. Army, et al.                -2-