1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
       Telephone: (415) 436-7264
6      Facsimile:  (415) 436-6748
       Email:     abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   SHANNON O. MURPHY,                )        No. C 08-763 EMC
12                                    )
                        Plaintiff,    )
13                                    )
                  v.                  )        **PROOF OF SERVICE**
14                                    )
   UNITED STATES ARMY NATIONAL        )
15 GUARD (CALIFORNIA), BATTERY S,     )
   143RD FIELD ARTILLERY,             )
16                                    )
                        Defendant.    )
17 _____   )

18      The undersigned hereby certifies that she is an employee of the Office of the United States

19 Attorney for the Northern District of California and is a person of such age and discretion to be

20 competent to serve papers.  The undersigned further certifies that on **February 12, 2008** she

21 caused a copy of **Notice of Motion and Motion to Dismiss e-filed on 2/8/08** to be served by first

22 class mail upon the person at the place and address(es) stated below, which is the last known

23 address:

24 Shannon O. Murphy, Pro Se
   General Delivery
25 El Cerrito, CA 94530
   PH: 510.219.9180
26
        I declare under penalty of perjury under the laws of the United States that the foregoing is
27
   true and correct.
28
   Dated: February 12, 2008          _____/s/_____
                                      LILY HO-VUONG
                                      Legal Assistant

                                      1