JOSEPH P. RUSSONIELO (SNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
United States Attorney
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7264
Facisimile: (415) 436-6748
Email: Abraham.simmons@usdoj.gov

Attorneys for Federal Defendants
United States Army National Guard (California);
Battery S, 143rd Field Artillery

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON O. MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES ARMY NATIONAL GUARD (CALIFORNIA); BATTERY S, 143RD FIELD ARTILLERY,<br><br>    Defendant | Case No. 08-0763 PJH |

**DECLARATION OF DAVID L. KAUFFMAN, LIEUTENANT COLONEL,**

**DEPUTY STAFF JUDGE ADVOCATE, CALIFORNIA ARMY NATIONAL GUARD**

**(27 USC 1746)**

I, DAVID L. KAUFMAN, am the Deputy Staff Judge Advocate in the California Army National Guard (CA ARNG) and attest to the following:

1. I am a Lieutenant Colonel in the California Army National Guard. I am a licensed attorney in the State of California, and am the Deputy Staff Judge Advocate at the State Headquarters for the California Army National Guard.

2. To the best of my knowledge there has been no administrative claim filed by Shannon O. Murphy in the above captioned matter through the administrative claims office or the Office of the Staff Judge Advocate naming the California Army National Guard, Battery S, 143rd Field Artillery.

3. As a supervisor for the initial intake claims personnel at the Office of The Staff Judge Advocate for The California National Guard, if such a claim were filed, I would have been aware of this fact. In an abundance of caution, I also researched our claims files and confirmed that such a claim was never filed.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this day, February 10, 2008

David L. Kauffman
Lieutenant Colonel
Deputy Staff Judge Advocate

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Declaration of David L. Kauffman**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 X   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ___  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ___  PERSONAL SERVICE (BY MESSENGER)

 ___  FEDERAL EXPRESS via Priority Overnight

 ___  EMAIL

 ___  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Shannon O. Murphy, Pro Se
General Delivery
El Cerrito, CA 94530
PH: 510.219.9180

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 4, 2008 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant