| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400) |
| | Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 9th Floor |
| | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7264 |
| 6 | Facsimile: (415) 436-6748 |
| | Email: abraham.simmons@usdoj.gov |
| 7 | |

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHANNON O. MURPHY,　　　　　)　　No. C 08-00763 PJH
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　)　**DECLARATION OF LORENZO**
UNITED STATES ARMY NATIONAL　)　**FERGUSON**
GUARD, (CALIFORNIA); BATTERY S,)
143RD FIELD ARTILLERY,　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　)
_____)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA DIVISION

)
)
)
)
)
)
)
)
)
)

### DECLARATION

I, Lorenzo Ferguson, declare as follows:

1. I am the Chief, Operations and Records Branch, U.S. Army Claims Service, 4411 Llewellyn Avenue, Fort Meade, Maryland 20755-5360. In this capacity, I have access to records of all claims against the United States for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§2671-2680, and other related tort claims statutes.

2. A thorough search of all records available to this Service has found that no administrative claim was filed by SHANNON O. MURPHY under the above-mentioned statutes.

3. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Lorenzo Ferguson
Chief, Operations and Records
U.S. Army Claims Service

Executed this the 25th day of January 2008, at Fort Meade, Maryland

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Declaration of Lorenzo Ferguson**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

- X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
- ___  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
- ___  PERSONAL SERVICE (BY MESSENGER)
- ___  FEDERAL EXPRESS via Priority Overnight
- ___  EMAIL
- ___  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Shannon O. Murphy, Pro Se  
General Delivery  
El Cerrito, CA 94530  
PH: 510.219.9180

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 4, 2008 at San Francisco, California.

\_\_\_\_/s/_____  
LILY HO-VUONG  
Legal Assistant