

## Other Events
3:08-cv-00763-EMC Murphy v. United States Army National Guard (California) et al
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 2/25/2008 12:02 PM PST and filed on 2/25/2008
**Case Name:**    Murphy v. United States Army National Guard (California) et al
**Case Number:**   3:08-cv-763
**Filer:**
**Document Number:** 7

**Docket Text:**
**CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 2/25/2008)**

**3:08-cv-763 Notice has been electronically mailed to:**

Abraham A. Simmons    abraham.simmons@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**3:08-cv-763 Notice has been delivered by other means to:**

Shannon O. Murphy
General Delivery
El Cerrito, CA 94530

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\NOTICE OF REASSIGNMENT (latest).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/25/2008] [FileNumber=4165812-0]

[2c6a8f2e8c4363b361d6076cd1aebef80781381cd70d986b49197aeada7d454891795
78335c229308ff733dbb73d96f10912b7184d0cca2dcd492be0a0f2a33a]]

Case 3:08-cv-00763-EMC   Document 7   Filed 02/25/2008   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY,

Plaintiff,

v.

UNITED STATES ARMY NATIONAL GUARD, et al.,

Defendants.

Case No. C08-0763 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(x)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

( )  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated: February 25, 2008

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk