

**Other Orders/Judgments**
3:08-cv-00763-EMC Murphy v. United States Army National Guard (California) et al
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 2/26/2008 10:14 AM PST and filed on 2/26/2008
**Case Name:**      Murphy v. United States Army National Guard (California) et al
**Case Number:**    3:08-cv-763
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Magistrate Judge Edward M. Chen no longer assigned to the case. Signed by Executive Committee on 2/26/08. (ha, COURT STAFF) (Filed on 2/26/2008)**

**3:08-cv-763 Notice has been electronically mailed to:**

Abraham A. Simmons    abraham.simmons@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**3:08-cv-763 Notice has been delivered by other means to:**

Shannon O. Murphy
General Delivery
El Cerrito, CA 94530

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\8-763.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/26/2008] [FileNumber=4169215-0]

[039e72552cdc249737a2f656e99a7b76d5528f3c60f1bec736413c2fffa185acb1243
709021a5e2e3935c0f6b5a1c6ab0eef20d3f3d59704a9f8e89ff7cb0174]]

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**February 26, 2008**

**CASE NUMBER: CV 08-00763 EMC**
**CASE TITLE: SHANNON O MURPHY-v-US ARMY NATIONAL GUARD**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/26/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 2/26/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA