JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile:  (415) 436-6748
Email:     abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON O. MURPHY, | No. C 08-763 PJH |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| UNITED STATES ARMY NATIONAL GUARD (CALIFORNIA), BATTERY S, 143RD FIELD ARTILLERY, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **March 28, 2008** she caused a copy of:

**Notice of Removal (Filed on 2/1/08)**

**Order Setting Initial Case Management Conference and ADR Deadlines (Filed on 2/1/08)**

**Proof of Service (Filed on 2/1/08)**

**Notice of Removal of Civil Action from State Court (Filed on 2/4/08)**

**Notice of Motion and Motion to Dismiss (E-Filed on 2/8/08)**

**Proof of Service (E-Filed on 2/12/08)**

**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District Court Judge (E-Filed on 2/22/08)**

1

1. **Notice of Impending Reassignment to a U.S. District Court Judge (E-Filed 2/25/08)**
2. **Reassignment Order; Case Reassigned from Judge Chen to Judge Patel; Vacating All Dates (E-Filed 2/26/08)**
3. **Clerk's Notice Re: Failure to E-File Electronically and/or**
4. **Register As an E-Filer (E-Filed 2/26/08)**
5. **Order Setting Case Management Conference (E-Filed 3/4/08)**
6. **Re-Notice of Motion and Motion to Dismiss (E-Filed on 3/4/08)**
7. **Declaration of David L. Kauffman (E-Filed on 3/4/08)**
8. **Declaration of Lorenzo Ferguson (E-Filed on 3/4/08)**
9. **Proposed Order Re: Motion to Dismiss (E-Filed on 3/4/08)**

to be served by first class mail upon the person at the place and address(es) stated below, which is the last known address:

Shannon O. Murphy, Pro Se
General Delivery
Berkeley, CA 94704-9999

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 28, 2008

        /s/
TINA LOUIE
Legal Assistant