OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE $300

MNO

E-filing

**FILED**

APR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-763 pjh

#19 - π



NIXIE    945    DC 1    00    04/22/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94102349999    *2905-05684-22-27

MAILED FROM ZIP CODE 94102
$00.41
APR 11 2008
PITNEY BOWES
0004329882
02 1A
UNITED STATES POSTAGE

Shannon O. Murphy
General Delivery
El Cerrito, CA 94530

CV08-00763 PJH