1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  SHANNON O MURPHY,
8         Plaintiff(s),                        No. C 08-0763 PJH
9         v.                                   **CLERK'S NOTICE**
10 US ARMY NATIONAL GUARD,
11        Defendant(s).
12 _____/
13
14     YOU ARE HEREBY NOTIFIED that on **June 26, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the
15 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the
16 HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference
17 **previously noticed for** May 8, 2008, in this matter.
18
19                                      Richard W. Wieking
                                        Clerk, U.S. District Court
20
                                        by:_____
21                                      Nichole Heuerman, Deputy Clerk
                                        Honorable Phyllis J. Hamilton
22                                      (415) 522-2023
23 Dated: April 30, 2008
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O MURPHY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>US ARMY NATIONAL GUARD et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV08-00763 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon O. Murphy
General Delivery
El Cerrito, CA 94530

Shannon O. Murphy
General Delivery
Berkeley, CA 94704-9999

Dated: April 30, 2008

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk