```
 1  JOSEPH P. RUSSONIELLO (SNB 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Assistant United States Attorney
 3  Chief, Civil Division
    ABRAHAM A. SIMMONS (SBN 146400)
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7264
      Facsimile:  (415) 436-6748
 7    Email:  abraham.simmons@usdoj.gov

 8  Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON O. MURPHY,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES ARMY NATIONAL GUARD (CALIFORNIA), BATTERY S, 143RD FIELD ARTILLERY,<br><br>             Defendant. | Case No. 08-763 PJH<br><br>STATEMENT OF NON-RECEIPT BY DEFENDANT OF OPPOSITION TO MOTION TO DISMISS<br><br>Date:    May 21, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, 17th Fl.<br>Before: Hon. Phyllis J. Hamilton |

    Pursuant to this Court's Order dated April 11, 2008, the Federal Defendant hereby informs the Court that Defendant has not received an opposition to its motion to dismiss. Defendant further requests, pursuant to the Order that the motion be decided based upon Defendant's motion.

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO<br>
                                            United States Attorney

Dated: May 7, 2008        By:               /s/<br>
                                            ABRAHAM A. SIMMONS<br>
                                            Assistant United States Attorney