

Shannon O. Murphy
General Delivery
Berkeley, CA 94704-9999