

Shannon O. Murphy
General Delivery
El Cerrito, CA 94530

CV08-00763 PJH