**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:  May 21, 2008**                                    **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-08-763  PJH**

**Case Name: Shannon O. Murphy v. United States Army National Guard**

**Attorney(s) for Plaintiff:**          **No Appearance**
**Attorney(s) for Defendant:**          **Abraham Simmons**

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Sahar McVickar


**PROCEEDINGS**

Defendant's Motion to Dismiss-GRANTED as stated on the record.


**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file