United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY,

    Plaintiff,

    v.

U.S. ARMY NATIONAL GUARD,

    Defendant.

_____/

No. C 08-0763 PJH

**JUDGMENT**

    This matter having been fully heard, and the court having dismissed the complaint for lack of subject matter jurisdiction,

    It is Ordered and Adjudged

    that plaintiff Shannon O. Murphy take nothing, and that the action be dismissed on the merits.

Dated: May 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O MURPHY,

        Plaintiff,

  v.

US ARMY NATIONAL GUARD et al,

        Defendant.

Case Number: CV08-00763 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon O. Murphy
General Delivery
El Cerrito, CA 94530

Shannon O. Murphy
General Delivery
Berkeley, CA 94704-9999

Dated: May 22, 2008

                                              Richard W. Wieking, Clerk
                                              By: Nichole Heuerman, Deputy Clerk