OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**

JUN 09 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-763pjh

NIXIE        945   5C  1       30  06/05/08
          RETURN TO SENDER
            NO SUCH STREET
          UNABLE TO FORWARD

BC: 94102348999      *0640-01824-23-43

US POSTAGE $00.590
PITNEY BOWES
MAY 23 2008
MAILED FROM ZIP CODE 94102

Shannon O. Murphy
General Delivery
Berkeley, CA 94704-9999